IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Riker McKenzie-El Jr

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Richard E Solomon, Et Al

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. GLR 25-CV-2144

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☒ Yes   ☐ No
*(check one)*

Jury of my Peirs

USDC-BALTIMORE
'25 JUL 2 PM 3:02

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: Riker McKenzie-EL, Jr
  Street Address: 6639 Dogwood Road
  City and County: Gwynn Oak,
  State and Zip Code: Maryland 21207
  Telephone Number: 240-517-5940
  E-mail Address: rmckenzieeljr16@gmail.com

  B. **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

  Defendant No. 1

  Name: Byron L Huffman d/b/a
  Job or Title (if known): Attorney
  Street Address: P.O. Box 369
  City and County: Columbia
  State and Zip Code: MD 21045
  Telephone Number:
  E-mail Address (if known):

2

Defendant No. 2

    Name: Richard B Solomon

    Job or Title (if known):

    Street Address: 1099 Winterson ~~Rd~~ Lane

    City and County: Linthicum MD

    State and Zip Code: 21090

    Telephone Number:

    E-mail Address (if known):

Defendant No. 3

    Name: James Roth

    Job or Title (if known):

    Street Address: Glen Burnie

    City and County: Maryland

    State and Zip Code: 7974 Crain Hwy 21061

    Telephone Number:

    E-mail Address (if known):

Defendant No. 4

    Name: Richard R. Gilmartin

    Job or Title (if known): Assistant Vice President

    Street Address: 1105 Hamilton St

    City and County: Allentown

    State and Zip Code: PA ~~t8t~~ 18101

    Telephone Number:

    E-mail Address (if known):

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

7/1/2025   Complaint

1 of 3

Respondents names + addresses

1) Paul D. Savitsky
   4 Chase Metrotech FL. 6 W Brooklyn NY 11245

2) Kevin J. Patrick
   323 Fifth St, Eureka, CA 95501

3) Sandra Austin
   323 Fifth Street, Eureka, CA 95501

4) Allan Grushkin
   1820 E. First Street, Suite 300
   Santa Ana, CA 92705

5) JP Morgan Chase Bank
   323 Fifth Street, Eureka, CA 95501

6) National Asset Management Group
   1300 Ethan Way, Ste 100, Sacrament, CA 95825

Nations Credit Financial Services Corporation
⑦ 10401 Deerwood Park Blvd, Jacksonville, FL 32256

⑧ Julie A. Yates
T.D. Service Company
1820 E. First St, Suite 300, Santa Ana, CA 92705

⑨ Ketan Parekh
Rosenberg + Associates, LLC, 7910 Woodmont Ave, Suite 750
Bethesda, Maryland 20814

⑩ Brady Hannan
Wells Fargo Bank, Louisiana Parish,
East Baton Rouge

⑪ Tristan Jude Duin
6639 Dogwood Rd, Baltimore MD 21207
and
174 Langdon Farm Cir, Odenton, MD 21113

⑫ Rocket Mortgage, LLC
1050 Woodward Ave, Detroit, MI 48226-1906

⑬ Anthony Dunn
1050 Woodward Ave, Detroit, MI 48226

⑭ Lori Davis-Cross - Nations Credit Financial Services corp by Bank of America · 4909 Savarese circle, Tampa, FL 33634

⑮ Kathleen Collins
Meridian Asset Services, INC, 3201 34th St South
Suite 310, St. Petersburg, FL 33711

16)  Asia Lyn Duin
6639 Dogwood Road
Baltimore, MD 21207
and
174 Langdon Farm Cir, Odenton MD. 21113

17) Brady Hannan
Wells Fargo Bank, Louisiana Parish, East Baton Rouge

18) Charles Brown
2316 Southmore Pasadena, TX 77502

19) Jim Nguyen
Wells Fargo Bank, Louisiana, Parish of East Baton Rouge

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question            ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Treaty of Peace and Friendship of 1786/1787/1836, Constitution for the United States, Securities Exchange Commission Rules-laws, Fraud, Breach of Oath of Office, Please see Affidavit of Fact attached!*

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.   If the plaintiff is an individual

   The plaintiff, *(name)* Riker McKenzie-El Jr, is a citizen of the State of *(name)* MD, American National

   b.   If the plaintiff is a corporation

   The plaintiff, *(name)* No /, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2.  The Defendant(s)

    a.  If the defendant is an individual

        The defendant, (name) _Richard E Solomon_, is a citizen of the State of (name) _MD_. Or is a citizen of (foreign nation) _____.

    b.  If the defendant is a corporation

        The defendant, (name) _Motion Properties LLC_, is incorporated under the laws of the State of (name) _MD, Baltimore_, and has its principal place of business in the State of (name) _MD_. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _MD, Baltimore_.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

    The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

    _1.5 Million Dollars_
    _lien on Property Prior to ~~incident~~ incident,_
    _violation! lien is attached_

5

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please see my sworn affidavit of fact attached. My property (house) was unlawfully, illegally taken, I was unlawfully arrested, fraudulent documents filed against me, my lien has been ignored but has been on the property prior to this incident - lien 240816-1303000 UCC lien. No sworn statements from respondents against me, all are notices unsworn, not even signed under penalty of perjury. I was unlawfully, illegally evicted from my home, there has been a breach of Oath of office(s), violation of Public trust, Secured Constitutional rights, Treaty rights, Securitie Exchange Commission laws. I am enforcing my UCC1 lien and a lins Pendis lien, mechanics/ lien as well.

6

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Return of my home - Property of 6639 Dogwood Road, Monetary award of 1.5 Million Dollars

7

V.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: July 1, 2025 All Rights Reserved

Signature of Plaintiff  *Riker McKenzie-el, Jr. UCC1-308*
Printed Name of Plaintiff  *Riker McKenzie-El, Jr.*

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

B.  **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Address  _____
Telephone Number  _____
Email Address  _____

8