*Exhibit* Ⓐ

*Names of All respondents*

## IN THE CIRCUIT COURT FOR BALTIMORE COUNTY

| | | |
|---|---|---|
| **RICHARD E. SOLOMON, et. al.** | * | **CIVIL No:** |
| **Substitute Trustees** | * | ~~CV 05 01 000~~ |
| **RIKER JUNIOR MCKENZIE, JR.** | * | |
| **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### OBJECTION TO RATIFICATION OF SALE

Riker Junior Mckenzie, Jr, Defendant, by his attorney, Robert N. Grossbart, objects to the ratification of the sale, the subject of these proceedings and for reasons states:

### Foreclosure

1.    On May 25, 2023, @ 11:45 am, the substituted trustees and mortgage assignee presented at public auction, 6639 Dogwood Road, Baltimore, Maryland, 21207 (the "subject property") which is the subject of these proceedings. Motion Properties, LLC was the buyer.

2.    The report of Sale was filed on June 8, 2023.

3.    The sale price of the subject property presented to the Court for ratification is $135,000.00.

### CHAIN OF OWNERSHIP OF NOTE

In the month of October 1984, a **Deed** for the property located at 6639 Dogwood Road, Baltimore, Maryland 21207, was executed between Phillip T. Vail, Jr. and Dorothy M. Vail, his wife (the "Grantors") and Riker Junior McKenzie (the "Grantee") for the consideration of

*1 - of 8*

$60,000.00. The Deed was recorded in Baltimore County on October 15, 1984, Liber 6800 Folio 83. A copy of the Deed is attached hereto and marked as **Exhibit 'A".**

In the month of June 1989, a **Deed** for the property located at 6639 Dogwood Road, Baltimore, Maryland 21207, was executed between Riker Junior McKenzie (the "Grantors") and Riker Junior McKenzie and Edwina D. McKenzie, his wife (the "Grantees") for the zero consideration. The Deed was recorded in Baltimore County on June 21, 1989, Liber 8205 Folio 188. A copy of the Deed is attached hereto and marked as **Exhibit 'B".**

## TWENTY-ONE ASSIGNMENTS

It is undisputed that on November 24th, 1995, a Mortgage and Mortgage Note ("**Note**") were executed between Riker Junior McKenzie and Edwina D. McKenzie, tenancy by the entirety (the "**mortgagor(s)**") and Banc One Financial Services, Inc. (the mortgagee "**Banc One**"). Said mortgage was filed in the land records of Baltimore County on November 28, 1995, at liber 11321 and folio 587. A copy of the Mortgage and Note are attached hereto and marked as **Exhibits 'C and D",** respectively.

That on June 20, 1996, a Corporation Assignment of Mortgage ("CAM") was executed, wherein **Banc One** ("assignor"), assigned the Mortgage to **Nations Credit Financial Services Corporation** ("Nations" or ""assignee") and was filed on September 2, 1997, in the land records of the Circuit Court for Baltimore County, Maryland at liber 12350 and folio 539. A copy of the CAM is attached hereto and marked as **Exhibit "E".**

2 of 8

A Lost Note Affidavit ("LNA") was executed by Alaska Seaboard Partners Limited Partnership ("Alaska") on September 10, 2021, almost five months before the Assignment of Mortgage was executed. How is it possible that Alaska knew the note was lost before the Assignment was executed.

That on February 12, 2002, an Assignment of Mortgage ("AM") was executed, wherein **Arcata Investments 2, LLC** ("Arcata" or "assignor2"), assigned the Mortgage to **Alaska Seaboard Partners Limited Partnership** ("Alaska" or "assignee") and was filed on March 6, 2002, in the land records of the Circuit Court for Baltimore County, Maryland at liber 16171 and folio 745. A copy of the AM is attached hereto and marked as **Exhibit "F"**.

A Lost Note Affidavit was executed by Alaska Seaboard Partners Limited Partnership ("Alaska") on September 10, 2021, almost five months before the Assignment of Mortgage was executed. How is it possible that Alaska knew the note was lost before the Assignment was executed. A copy of the Lost Note Affidavit is attached hereto and marked as Exhibit "F1".

That on an unknown date, an Assignment of Mortgage/Deed of Trust was executed, wherein **Alaska** ("assignor2"), assigned the Mortgage to **JP Morgan Chase Bank as Trustee of the Security National Mortgage Loan Trust 2001-3** ("Chase" or "assignee") and was filed on March 12, 2003, in the land records of the Circuit Court for Baltimore County, Maryland at liber 17669 and folio 050. A copy of the Assignment of Mortgage/Deed of Trust is attached hereto and marked as **Exhibit "G"**. Defendant asks this Court to take judicial notice no LNA was executed for this transfer.

That on June 8, 2006, an Assignment of Deed of Trust ("ADOT") was executed, wherein **Chase** (" assignor2"), assigned the Mortgage to **Banc One** ("assignee") and was filed on June 26, 2006, in the land records of the Circuit Court for Baltimore County, Maryland at liber 24035 and folio 266. A copy of the ADOT is attached hereto and marked as **Exhibit "H"**. Defendant asks this Court to take judicial notice no LNA was executed for this transfer.

That on October 31, 2007, an Assignment of Mortgage/Deed of Trust was executed, wherein **Chase** ("assignor2"), assigned the Mortgage to **Arcata** ("Arcata" or "assignee") and was filed on November 7, 2007, in the land records of the Circuit Court for Baltimore County, Maryland at liber 26362 and folio 165. A copy of the Assignment of Mortgage/Deed of Trust is attached hereto and marked as **Exhibit "I"**. Defendant asks this Court to take judicial notice no LNA was executed for this transfer.

That also on October 31, 2007, an Assignment of Mortgage/Deed of Trust was executed, wherein **Chase** ("assignor2"), assigned the Mortgage to **Christiania Bank and Trust** ("Christiania" or "assignee") and was filed on November 7, 2007, in the land records of the Circuit Court for Baltimore County, Maryland at liber 26362 and folio 166. A copy of the Assignment of Mortgage/Deed of Trust is attached hereto and marked as **Exhibit "J"**. Defendant asks this Court to take judicial notice no LNA was executed for this transfer.

That on December 1, 2011, an Assignment of Deed of Trust was executed, wherein **Christiania** ("assignor2"), assigned the Mortgage to **US Bank** ("US Bank" or "assignee") and was filed on February 10, 2012, in the land records of the Circuit Court for Baltimore County,

Maryland at liber 31704 and folio 437. A copy of the Assignment of Mortgage is attached hereto and marked as Exhibit "K". Defendant asks this Court to take judicial notice no LNA was executed for this transfer.

That on January 11, 2012, an Assignment of Deed of Trust was executed, wherein **US Bank** ("assignor2"), assigned the Mortgage to Wells Fargo Bank, N.A. certificate trustee, in trust for registered holders of **VNT Trust Series 2010-1** ("Wells" or "assignee") and was filed on November 10, 2012, in the land records of the Circuit Court for Baltimore County, Maryland at liber 31704 and folio 438. A copy of the Assignment of Mortgage/Deed of Trust is attached hereto and marked as Exhibit "L". Defendant asks this Court to take judicial notice no LNA was executed for this transfer.

That on March 7, 2013, an Assignment of Mortgage was executed, wherein **Wells** ("assignor2"), assigned the Mortgage to **Richard J. Rogers, Edward S. Cohn, Richard E. Solomon, Ronald S. Deutsch, Stephen N. Goldberg, and Randall J. Rolls** ("Rogers" or "assignee") and was filed on June 19, 2013, in the land records of the Circuit Court for Baltimore County, Maryland at liber 33805 and folio 361. A copy of the Assignment of Mortgage/Deed of Trust is attached hereto and marked as Exhibit "M". Defendant asks this Court to take judicial notice no LNA was executed for this transfer.

That on January 27, 2014, an Assignment of Deed of Trust was executed, wherein **Wells** ("assignor2"), assigned the Mortgage to **Residential Mortgage Loan Trust 2013-TT2** ("Residential" or "assignee") and was filed on February 4, 2014, in the land records of the Circuit

Court for Baltimore County, Maryland at liber 34668 and folio 162. A copy of the Assignment of Deed of Trust is attached hereto and marked as Exhibit "N". Defendant asks this Court to take judicial notice no known LNA was executed for this transfer.

That also on May 7, 2018, an Assignment of Mortgage was executed, wherein **Nations Credit** ("assignor2"), assigned the Mortgage to **Arcata** ("Arcata" or "assignee") and was filed on March 5, 2019, in the land records of the Circuit Court for Baltimore County, Maryland at liber 41187 and folio 203. A copy of the Assignment of Mortgage is attached hereto and marked as Exhibit "O". Defendant asks this Court to take judicial notice no known LNA was executed for this transfer.

That also on January 14, 2019, an Assignment of Mortgage was executed, wherein **Chase** ("assignor2"), assigned the Mortgage to **Nations Credit** ("Nations Credit" or "assignee") and was filed on March 5, 2019, in the land records of the Circuit Court for Baltimore County, Maryland at liber 41187 and folio 205. A copy of the Assignment of Mortgage is attached hereto and marked as Exhibit "P" Defendant asks this Court to take judicial notice no known LNA was executed for this transfer.

That also on February 5, 2018, an Assignment of Mortgage was executed, wherein **Arcata** ("assignor2"), assigned the Mortgage to **Chase** ("Chase" or "assignee") and was filed on March 5, 2019, in the land records of the Circuit Court for Baltimore County, Maryland at liber 41187 and folio 207. A copy of the Assignment of Mortgage is attached hereto and marked as Exhibit

"Q". Defendant asks this Court to take judicial notice no known LNA was executed for this transfer.

That also on May 16, 2018, an Assignment of Mortgage was executed, wherein **Rogers** ("assignor2"), assigned the Mortgage to **Wells Fargo** ("Wells Fargo" or "assignee") and was filed on March 5, 2019, in the land records of the Circuit Court for Baltimore County, Maryland at liber 41187 and folio 209. A copy of the Assignment of Mortgage is attached hereto and marked as Exhibit "R" Defendant asks this Court to take judicial notice no known LNA was executed for this transfer.

That also on February 5, 2018, an Assignment of Mortgage was executed, wherein **Residential** ("assignor2"), assigned the Mortgage to **Wilmington** ("Wilmington" or "assignee") and was filed on March 5, 2019, in the land records of the Circuit Court for Baltimore County, Maryland at liber 41187 and folio 216. A copy of the Assignment of Mortgage is attached hereto and marked as Exhibit "S". Defendant asks this Court to take judicial notice no known LNA was executed for this transfer.

That also on September 19, 2019, an Assignment of Mortgage was executed, wherein **Wilmington** ("assignor2"), assigned the Mortgage to **Elizon Master Participation Trust 1,** ("Elizon" or "assignee") and was filed on March 5, 2019, in the land records of the Circuit Court for Baltimore County, Maryland at liber 41187 and folio 218. A copy of the Assignment of Mortgage is attached hereto and marked as Exhibit "T". Defendant asks this Court to take judicial notice no known LNA was executed for this transfer.

Objection to Ratification was mailed first class, postage prepaid to and faxed to the plaintiff's attorney. Cohn, Goldberg, and Deutsch, 1099 Winterson Road, Suite 301, Linthicum, MD 21090 and Motion Properties, LLC, 719 North Point Road, Baltimore MD 21237

/s/ Robert N. Grossbart, Esquire
Robert N. Grossbart, Esquire

ELSA M. ROMERO
Notary Public - State of Maryland
Baltimore County
My Commission Expires Aug 3, 2026

8 of 8