

# DISTRICT COURT OF MARYLAND FOR BALTIMORE COUNTY
## CASE SUMMARY
### CASE NO. D-08-CV-24-022442



Exhibit **B**

## CASE ASSIGNMENT

**Motion Properties LLC vs. McKenzie El Riker Jr Trustee et al.**
Case Type: **Wrongful Detainer-Grantor in Possession**
CaseStatus: **Closed**
Case Financial Balance: **$0.00**

Court Address: **1 Rolling Cross Road, Catonsville, MD, 21228**
Judicial Officer:
Assigned On: **05/31/2024**
Filed On: **05/31/2024**

📞 410-512-2500

## PARTY INFORMATION

Attorneys

| | | |
|---|---|---|
| Plaintiff | Motion Properties LLC | |
| Defendant | Occupants, All | |
| | Riker Jr Trustee, McKenzie El | |

## JUDGMENTS

**06/18/2024**   Dismissed - Court (Judicial Officer: Wiggins, Kevin Y.)
    Comment
        Comment      WITH PREJUDICE
        Current Status:

**06/18/2024**   Dismissed - Court (Judicial Officer: Wiggins, Kevin Y.)
    Party
        Parties      Motion Properties LLC; Riker Jr Trustee, McKenzie El
        Current Status:

**06/18/2024**   Dismissed - Court (Judicial Officer: Wiggins, Kevin Y.)
    Comment
        Comment      WITH PREJUDICE
        Current Status:

**06/18/2024**   Dismissed - Court (Judicial Officer: Wiggins, Kevin Y.)
    Party
        Parties      Motion Properties LLC; Occupants, All
        Current Status:

## HEARINGS

**06/18/2024**    9:00AM    Trial - Special Proceeding      Concluded / Held

## EVENTS

| Date | Event |
|---|---|
| 05/31/2024 | Complaint / Petition - Landlord Tenant<br>Filed by Plaintiff Motion Properties LLC<br>Against Defendant Riker Jr Trustee, McKenzie El; Defendant Occupants, All |
| 05/31/2024 | Request for Sheriff/Constable Service - ($40.00) |
| 05/31/2024 | Request for Sheriff/Constable Service - ($40.00) |
| 06/06/2024 | Miscellaneous Correspondence Filed<br>Requested by Defendant Riker Jr Trustee, McKenzie El |
| 06/06/2024 | Miscellaneous Correspondence Filed<br>Requested by Defendant Riker Jr Trustee, McKenzie El |

Notary stamp: ELSA M. ROMERO, Notary Public - State of Maryland, Baltimore County, My Commission Expires Aug 3, 2026

True Test Copy — Administrative Clerk — Date: 6-11-25

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Fiker Mckenzie-el Jr
Fiker Mckenzie Jr Express Trust
P.O. Box 35183 dundalk, MD [21222]

RECEIVED
DEPARTMENT OF
ASSESSMENTS & TAXATION
2025 JAN 15 P 3:12

STATE OF MARYLAND
I hereby certify that this is a true and complete copy of the page document on file in this office. DATED 3/19/25
STATE DEPARTMENT OF ASSESSMENTS AND TAXATION
BY _____, Custodian
This stamp replaces our previous certification system. Effective 6/95

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER: 240816-1303000

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**
Check one of these two boxes: ☐ Debtor or ☐ Secured Party of record
AND Check one of these three boxes: ☐ CHANGE name and/or address ☐ ADD name ☐ DELETE name

6. **CURRENT RECORD INFORMATION:**
6a. ORGANIZATION'S NAME
6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7. **CHANGED OR ADDED INFORMATION:**
7a. ORGANIZATION'S NAME
7b. INDIVIDUAL'S SURNAME
INDIVIDUAL'S FIRST PERSONAL NAME
INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX
7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

8. ☑ **COLLATERAL CHANGE:** ☑ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral

Indicate collateral:
SEE Attached documents, Mechanical lien, Certificate Trust 6639 Dogwood Road, 1.5 million dollars. 2023 Nissan Rogue, Myself. Head, Arm & leg, leg & Arm, 5 million dollars

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:**
9a. ORGANIZATION'S NAME
9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

10. OPTIONAL FILER REFERENCE DATA:

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)