# 𝔄𝔣𝔣𝔦𝔡𝔞𝔳𝔦𝔱 𝔬𝔣 𝔉𝔞𝔠𝔱 – Writ of Discovery

[   /   /2025]

| Plaintiff / Claimant | | Respondent(s)/ Defendant(s) |
|---|---|---|
| **Riker McKenzie-EL**<br>Sui Juris, In Propria Persona<br>Moorish American National<br>All Rights Reserved/ UCC 1-308,3-402(b)<br><br>Authorized Representative, RO, TTEE, Heir to the Estate: RIKER MCKENZIE-EL<br><br><br>Care of Mailing Location<br>P.O. Box 3518344 Shipping Place Dudalk, Maryland [21222]<br><br><br>Email Address:<br>Phone: | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br><br><br><br><br><br><br><br><br>)<br>) | Attention<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**Case/Index/complaint Numbers:** |

**Notice to agent is notice to principal and notice to principal is notice to agent.**
**UCC 1-202**

**TRUTH IS EXPRESSED IN THE FORM OF AN AFFIDAVIT. (Lev. 5:4-5; Lev. 6:3-5; Lev. 19:11-13: Num. 30:2; Mat. 5:33; James 5: 12). An affidavit is your solemn expression of your truth.**

I, Riker McKenzie-EL , is asking the agent(s), Officers of this agency,Court to take Legal notice, Judicial notice that I am a party to the Treaty(s) which is Supreme law of the land as per the Constitution of the United States of America, and that my rights have been violated by individuals/ respondents/defendants of this  company/agency/ municipality/ tribunal.

Tax Non Obligated, As per 26 CFR sec 31.3402(p) tax(s) are voluntary, as per voluntary withholding agreement(s).

Based on my swore testomony, I challenge all parties to Prove without a shadow of a doubt that the so called plaintiff(s) in case                                    Court of Maryland ever had legal right to withhold, take, stop my benefits/ finances causing me pain, unwanted suffering, losses, injury due to the actions of the parties involved.

I demand the respondents to prove I am NOT intitled to the benefits, rights that this matter is about under the pains and penalty of perjury or sworn statement immediatly.

I have NOT been afforded the right(s) that I know I have and any rights that I may not have been aware of BUT may come into he knowledge of.
My due process has been violated by all parties involved, and my 4th, 5th, 6th amendment rights protected by the Constitution of the State of Maryland and the United States of America.

Officers of the Court, supervision, management and those in authority who was/ is charged with the responsibility to know law(s), statue(s), code(s), ardinace(s) have in fact blatantly denied me those rights that they were OBLIGATED and Sworn to up hold.

**For the record and on the record, NOTHING from my accusers has been signed under the pains and penalty of perjury (28 U.S. Code § 1746) or as a sworn to affidavit.**
Respondents has violated Federal Rule of Civil Procedure 56(c) and 12(b)(6), their motions to dismiss for failure to state a claim or any motion they produce is and has been unsupported by affidavits or depositions is incomplete because it request this court to consider facts outside the record which have not been presented in the form REQUIRED BY RULE 12(B)(6) and 56(c).

   Statements of counsel in their briefs or arguments while enlightening the court are not sufficient for purposes of granting a motion to dismiss or summary judgement
 Trinsey v. Pagliaro 229F. Supp. 647.{1964}

I am the injured party in this matter, I, the injured party, victim do wish to move forward to VACATE all judgements against me and my property due to the malicious acts of discrimination, fraud, hate crimes, bias and prejudice crimes.

The partys, persons, individauls listed/ attached to/ in this affidavit of facts are guilty of violations listed below and I DEMAND all accusations, accusatory instruments, reports and or claims against me to be produced under sworn statement or penalty of perjury with in 30 days or less from the date this affidavit is recieved.

**I demand the return of my benefits/finances/property immediately.**

 On the grounds that after reading the fictious notice(s) or document(s) from all third party intervener(s) who has NO standing in this matter or in law due to their sttements being of void ab nitio status, if what the third party intervener aka attorney or lawyers are stating is true and proper, then let them state it **UNDER THE PAINS AND PENALTY OF PERJURY or sworn statement in an affidavit as per maxims of law.**

**My affidavit must be rebutted point for point as per maxim of law which would stand as truth and fact in law and commerce as per maxim of law and the 7th amendment of the Constitution for the United States of America.**

**I, demand any third party interloper who intends to cause me injury to produce his/ her Oath of Office for the record due to the fact that they would be in violation of 5 U.S, Code 3331 and their insurance/ Indemnity bonds, by simply making false statements on the record that causes injury, slander, defamation of character and libel.**

Respondents has acted in bad faith with dirty hands which violated UCC 1-304, 2-103,1-201(20) the Obligations of good faith.

There's dishonor on the record ucc 3-507 from the parties that attack me, stole from me, violated me in this matter.

Once Proper Mailing of notice has been shown, Fact of notice is established and mailing is itself notice and Refusal of registered or Certified letter of Dishonor of notes would not protect indorser from the effect of the notice { Durkin v. Siegel, Mass. 1960, 165 N.E.2d 81, 340 Mass.445

Respondents actions is a violation of Federal laws ,Human rights laws, Bar association rules, State laws, County laws, RICO laws, Penal laws-codes, Civil Laws, Constitutional Laws, Treaty Laws, Rights of Indigenous Peoples laws, Copy Right Infringment, Tax law(s), law of liens, United Nations Vienna Convention on Treaties of 1969, Uniform Commercial Codes, Trust Laws, Anti- Bribery Statements, Foreign registration laws, contract laws, the policy and proceedures of your own agency, municipality, Tribunnel, corporation, to intensionally deny a Man his rights by means of hate , waton and unbecoming behviors and actions.

This falls in to a violation of 18 U.S.Code 2340A, 18 U.S.Code 249, Title VII of the Civil Rights Act of 1964,
I have been unlawfully denied, under bias and prejudice actions, falsely arrested, removed from my own property.

**IN COMMERCE FOR ANY MATTER TO BE RESOLVED MUST BE EXPRESSED. (Heb. 4:16; Phil. 4:6; Eph. 6:19-21). No one is a mind reader. You have to put your position out there, you have to state what the issue is, to have someone to talk about and resolve. Legal Maxim: "He who fails to assert his rights has none.)**

**HE WHO LEAVES THE BATTLEFIELD FIRST LOSES BY DEFAULT. (Book of Job; Mat. 10:22;**
This means that an affidavit which is unrebutted point for point stands as "truth in commerce" because it hasn't been rebutted and has left the battlefield. Governments allegedly exist to resolve disputes, conflicts and truth. Governments allegedly exist to be substitutes for the dueling field and the battlefield for so disputes, conflicts of affidavits of truth are resolved peaceably, reasonably instead of by violence. So people can take their disputes into court and have them all opened up and resolved, instead of going out and marching ten paces and turning to kill or injure. Legal Maxim: "He who does not repel a wrong when he can, occasions it".

all parties in this matter and refused to do their task and standards or neglected their obligations, showed and are currently showing bias and prejudice, discrimination towards ~~████████~~ based on the information provided.

I am asking this municipality, Court, agency to assist me in this matter where i am seeking redress for my injury, and losses.

I, the injured party and victim has not been given an OPPORTUNITY TO CURE, NO proper process of any service has been given to me from any public offical in accordance to law.
This affidavit must be rebutted point for point within 30 days as per maxim of law.
As per the rules of acceptance in accordance with Uniform Commercial Code(s),
A fee schedule has been attached to this action(s) UCC 2-206.

Pursuant to Article III, Section II of the United States Constitution Judicial Authority is vested in the Supreme Court or a lower court which has a "Certified Delegation of Authority Order". For the record, on the record, and let the record show forward a copy of the Superior Court certified Delegation of Authority Order confirmed by Congress as a lawful and formal Discovery.

Let it be noted for the record, on the record and let the record show a response is required immediately from receipt of this letter. If no copy of the Certified Delegation of Authority Order is received immediately this Affidavit of Fact - Writ of Discovery shall stand as Law affirming that this court does not have Jurisdiction as per Article III, Section II of the United States Constitution for the united States of American Republic.

Furthermore, you are commanded to uphold your Constitutional duty to provide a copy of the 'Oath of Office', Oath of Ethics, and Bond Number for all state/government officials, employees, Judges, prosecutors, agents, clerks, and anyone who has touched or is in anyway involved with this case per *Article VI of the United States Republic Constitution and Article IX of the Constitution of the state of MARYLAND..*

"Where rights secured by the Constitution are involved, there can be no rule-making or legislation, which would abrogate them. **Miranda v. Arizona 384 US 436, 125:**"

"The claim and exercise of Constitutional Rights cannot be converted into a crime. **Miller v. Kansas 230 F 2nd 486, 489:** "
"When acting to enforce a statue and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity; courts in administering or enforcing statutes do not act judicially, but merely ministerially" **Thompson v Smith 154 SE 583**
" A judge ceases to sit as a judicial officer because the governing principle of administrative law provides that courts are prohibited from substituting their evidence, testimony, record, arguments, and rationale for that of the agency. Additionally, courts are prohibited from substituting their judgment for that of the agency. Courts in administrative issues are prohibited from even listening to or hearing arguments, presentations, or rational" **ASIS v US 568 F2d, 284**
"Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to exercise such powers are necessarily nullities." **Burns v Sup Ct. SF, 140 Cal 1.**

**For the record, on the record, and let the record show from where do you derive, your authority and jurisdiction in this matter.**
"Once Challenged, jurisdiction cannot be assumed, it must be proved to exist." **Stuck v Medical Examiners 94 Ca 2d 751.211,P2d 389.**

Dred Scott v. Sandford, 60 U.S. 393, was a landmark decision of the United States Supreme Court in which the Court held that the Constitution for the united States of America was not meant to include American citizenship for black people. **In Dred Scott v. Sandford (Argued 1856 – decided 1857) The Dred Scott Decision of 1857**

"My client is not a Negro, though it is a crime to be a Negro--no crime to be born with a black skin. But my client is not a Negro. His skin may not be as white as ours, but I say he is not a Negro, though he may be a Moore." "Mr. Lincoln," interrupted Judge Davis, scarcely able to restrain a smile, "you mean a Moor, not Moore." "Well, your Honor, Moor, not C.H. Moore," replied Mr. Lincoln, with a sweep of his long arm toward the table where Moore and I sat. "I say my client may be a Moor, but he is not a Negro." To Lincoln, regardless of Dungey's skin color, his Portuguese or Moorish ancestry gave Dungey legal and social rights in the community, state, and the country." **William Dungey v. Joseph Spencer of 1853 DeWitt County Courthouse.**

**Zodiac Constitution by C.M. Bey AA222141 / Library of Congress, Article 2**
Since the 12 jurymen of the 50 Union States magna Charta document of White Supremacy and the nine judges of their Supreme Court were founded upon our Moorish Zodiac 12 Signs, Mathematical Constitution, **the lawmaker have no jurisdiction over the Free Moors**, the Beys and Els, **in the inherited land of the Moorish nation**, namely: U.S.A. , Canada, Central and South America. The Moorish American Nationality and their sir names, Bey and El, are their inherited birthrights without a legal due process of the lawmakers of the Union Society, U.S.A. What our Moorish forefathers were, we are today without a doubt or contradiction, namely, Moorish!

---

Upon my inherited status, I _____ being a descendant of The Ancient Moabites in other respect known as American – Al Moroccan – Moor, standing squarely affirmed upon my Oath to the 'Five Points of Light' – **Love, Truth, Peace, Freedom,** and **Justice**; Being competent (In My Own Proper Person) to Attest to this Affidavit upon which I place my Autograph; Whereas, I State, Proclaim, and Declare the following to be true, correct, not misleading, and not intended to be presented for any misrepresented, 'colored' or improper use or purpose.

Frivolous conduct within the meaning of Rule 3.1(a) is not materially different from frivolous conduct as defined in 22 NYCRR Part 130. In the context of sanctioning attorneys for frivolous conduct in litigation, 22 NYCRR § 130-1.1(c) provides that conduct is "frivolous" if: "(1) it is completely without merit in law and cannot be supported by a reasonable argument for an extension, modification or reversal of existing law; (2) it is undertaken primarily to delay or prolong the resolution of the litigation, or to harass or maliciously injure another; or (3) it asserts material factual statements that are false."

28 U.S. Code 1746 Under the Pains and Penalty of Perjury, I Certify, State, Verify that this affidavit is true and correct to the best of my knowledge,

I Am _Riker McKenzie-El, Jr._                All Rights Reserved_
                       Sui Juris, **Omnia Iura Reservantis**

I, Fadisha M Johnson, Notary Public, hereby certify that on this 1st day of July, 2025 Riker McKenzie-El Jr personally appeared before me.

My Commission Expires March 21, 2028.

_[signature]_

---
**FADISHA M JOHNSON**
Notary Public
Baltimore County
Maryland
My Commission Expires Mar. 21, 2028
---